FILED

JAN 28  11 56 AM '11

U.S. HA— —ATE JUDGE

BY_____

1  DANIEL G. BOGDEN
   United States Attorney
2  BRADLEY GILES
   Assistant United States Attorney
3  333 Las Vegas Boulevard South
   Suite 5000
4  Las Vegas, Nevada 89101
   (702) 388-6336
5  Fax (702) 388-6698

6

7

8

9

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

-oOo-

10  UNITED STATES OF AMERICA                )
                                            )
11  vs                                      )
                                            )
12  CHATTEL KNOWN AS                        )       2:10-mj-928-LRL
    DELL LAPTOP COMPUTER                    )
13  GREY IN COLOR                           )
    SERIAL #: 00144-485-893-054             )
14  _____)

15

16  **GOVERNMENT'S APPLICATION FOR AN ORDER TO UNSEAL AFFIDAVIT**

17

18          COMES NOW the United States of America, by and through Daniel G. Bogden, United

    States Attorney, and Bradley Giles, Assistant United States Attorney, and moves this Court to unseal
19
    the Affidavit together with the Application, Return and the Court's Order for purposes of discovery
20
    in the above-captioned matter.
21

22  . . .

23  . . .

24  . . .

25  . . .

26  . . .

1    Unsealing is necessary to permit the Government to copy and distribute the above

2  referenced documents to the defense.

3

4    DATED this 26th day of January, 2011.

5

6                                        Respectfully submitted,

7                                        DANIEL G. BOGDEN
                                         United States Attorney
8

9

10                                       BRADLEY GILES
                                         Assistant United States Attorney
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

FILED

JAN 28   11 56 AM '11

U.S. HA_____ JUDGE

BY_____

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs )<br>)<br>CHATTEL KNOWN AS )<br>DELL LAPTOP COMPUTER )<br>GREY IN COLOR )<br>SERIAL #: 00144-485-893-054 )<br>_____ ) | 2:10-mj-928-LRL |

Based on Government's Application for an Order to Unseal the Affidavit together with the Application, Return and the Court's Order issued in the above-captioned matter and good cause appearing, therefor

IT SO ORDERED that the Affidavit, the Application, Return and the Court's Order be unsealed.

DATED this __28th__ day of January, 2011.

_____
UNITED STATES MAGISTRATE JUDGE